UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-23482-CIV-GRAHAM

MAGISTRATE JUDGE P.A. WHITE

IVAN BIDO,                          :

    Movant,                         :

                         REPORT RECOMMENDING DENIAL OF

v.                                  :  CERTIFICATE OF APPEALABILITY
                               MOTION TO VACATE

UNITED STATES OF AMERICA,   :        (DE#37 & 38)

    Respondent.                     :

_____

        This Cause is before the Court upon the pro-se movant's notice of appeal (DE#37), construed as a  motion for certificate of appealability (DE#38) pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996.  This motion has been referred to the undersigned for consideration and report.

        A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the movant has made a substantial showing of the denial of a constitutional right.

        To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise.  See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

        After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing

of the denial of a constitutional right.  28 U.S.C. §2253(c)(2) and (3).  Review of the file in this case reveals that no such showing has been made. The movant merely argues that he disagrees with the long and thoughtful Report and Recommendation of the Undersigned Magistrate Judge.

It is therefore recommended that the Court deny the motion for certificate of appealability (DE#37 & 38).

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 7TH day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Ivan Bido, Pro Se
      FCI- Estill
      Address of record

      Derek Bentsen, AUSA
      Attorney of record