**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 08-23482-CIV-GRAHAM

IVAN BIDO,

     Movant,

vs.

UNITED STATES OF AMERICA,

     Respondent.

_____/

**ORDER**

**THIS CAUSE** comes before the Court upon Movant's Notice of Appeal [D.E. 37] construed as a motion for certificate of appealability [D.E. 38].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White [D.E. 39]. The Magistrate Judge issued a Report recommending that Petitioner's motion be denied [D.E. 41]. Petitioner has not filed objections.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 41] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate of Appealability [D.E. 37,38] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of March, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Patrick A. White
      Ivan Bido, <u>Pro Se</u>
      Counsel of Record